THE LAW FIRM OF

# César de Castro, P.C.

ATTORNEY AT LAW

The Trump Building
40 Wall Street, 28th Floor
New York, New York 10005

646.512.5806  Main
646.839.2682  Fax
www.cdecastrolaw.com

February 12, 2015

*Via* ECF

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>*United States v. Reyes, et al.*, 14 Cr. 483 (LAP)</u>

Dear Chief Judge Preska:

I represent Josmaril Rodriguez in the above-captioned matter.  I submit this letter to respectfully request a modification of Ms. Rodriguez's bail conditions with respect to her Pretrial Services reporting requirements.

With the consent of the Government and Pretrial Services, we respectfully request that Ms. Rodriguez be excused from reporting in-person to Pretrial Services, but instead be permitted to report electronically *via* the internet. Thank you.

Very truly yours,

    /s/

César de Castro

cc:    Brendan Quigley
        Assistant United States Attorney
        (*Via* ECF)

        Nichole Brown-Morin
        Pretrial Services Office
        (*Via* e-mail)